Donna Echiverri-Beckham
Attorney Bar No. 157088
Law Office of Echiverri-Beckham
6836 Mission St.
Daly City, CA 94014
(650) 756-7777

Donna Echiverri-Beckham
Attorney for Debtor Pureza Ganio

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | Bk. No. 09-33828 |
| Pureza Aguzar Ganio | ) | Chapter 13 |
| Debtor | ) | |

**MOTION TO DISMISS**
**(REQUEST BY DEBTOR FOR DISMISSAL OF CHAPTER 13 CASE)**

To the Honorable Judges of the United States Bankruptcy Court:

The undersigned debtor hereby requests that the pending Chapter 13 case be dismissed without prejudice. In support of said request, debtor hereby represents:

1. This Case first commenced by the filing of a voluntary Chapter 13.

2. Debtor declares under penalty of perjury that she is unaware of any pending motion by a creditor or the Chapter 13 Trustee for conversion to Chapter 7 nor of any pending motion to dismiss with prejudice.

Unless a party files and serves an opposition to the dismissal within seven (7) days from service of the motion, the Court may grant the requested relief without hearing or further notice.

Wherefore, Debtor prays that the Chapter 13 case herein be dismissed without prejudice.

Dated: May 1, 2010 /s/ Pureza Aguzar Ganio
Pureza Aguzar Ganio
Debtor


/s/Donna Echiverri-Beckham
Donna Echiverri-Beckham
Attorney for the Debtor

CERTIFICATE OF SERVICE

I hereby certify that on **May 1, 2010**, a copy of the MOTION TO DISMISS (REQUEST BY DEBTOR FOR DISMISSAL OF CHAPTER 13 CASE) was served electronically or by regular United States mail to the persons listed below.

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

David Burchard,
393 Vintage Park Drive, Suite 150
 Foster City, CA 94404-1172

Department Stores National Bank/Macys
Nco Financial Systems, Inc.
PO BOX 137
COLUMBUS, GA 31902-0137

Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-000

GE Money Bank
Care of GE Consumer Finance
dba CARECREDIT/GEMB
PO Box 960061
Orlando FL 32896-0661

HSBC Bank Nevada, N.A.
By PRA Receivables Management, LLC
PO Box 12907
Norfolk VA 23541

JPMorgan Chase Bank, NA
c/o Pite Duncan, LLP
4375 Jutland Drive, Suite 200; P.O. Box
San Diego, CA 92177-0933

| | |
|---|---|
| 1 | Office of the U.S. Trustee / SF, Office of the U.S. Trustee |
| 2 | 235 Pine St, Suite 700 |
|   | San Francisco, CA 94104-2736 |
| 3 | |
| 4 | U.S. Bank, NA |
|   | 3501 Jamboree Road, 3rd Floor |
| 5 | Newport Beach, CA 92660 |

Dated: May 1, 2010

/s/ Donna Echiverri-Beckham
Donna Echiverri-Beckham
Law Office of Donna Echiverri-Beckham
6836 Mission Street
Daly City, CA 94014
(650) 756-7777 Fax:1(650) 898-1980
echiverri.beckhamlaw@yahoo.com