

Donna Echiverri-Beckham
Attorney Bar No. 157088
Donna Echiverri-Beckham Law Office
6836 Mission St.
Daly City, CA 94014
(650) 756-7777

Attorney for Debtor
Pureza A. Ganio

Signed and Filed: May 20, 2010

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | Bk. No. 09-33828 |
|    Pureza Aguzar Ganio | ) | Chapter 13 |
|    Debtor | ) | |
| | ) | **ORDER DISMISSING CHAPTER 13 CASE ON REQUEST BY DEBTOR** |
| | ) | Hearing Date – |
| | ) | Place: US Bankruptcy Court |
| _____ ) | |      235 Pine St. 23rd FL., |
| | |      San Francisco, CA 94104 |

     Upon consideration of the Debtor's Request For Dismissal of the above referenced Chapter 13 Case, Docket Entry No. 09-33828, it is ordered that:

|  |  |
|---|---|
| 1 | This case be and the same is hereby dismissed without prejudice and all automatic stays and |
| 2 | any injunctions obtained by the debtor in any proceeding related to this case are hereby terminated |
| 3 | and the provisions of 11 U.S.C. § 349 are herewith effective. The Chapter 13 Trustee is hereby |
| 4 | directed to file a final report and account of his administration. |

**END OF ORDER**